IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH RUSSELL JUDD, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    No. 3:11-cv-555 ) |
| DEPARTMENT OF STATE OF TENNESSEE, et al., | )    Judge Trauger ) ) |
|     Defendants. | ) |

## ORDER

On June 21, 2011, this court entered an order denying plaintiff Keith Russell Judd's Application to Proceed *in Forma Pauperis* on the grounds that Judd was barred by the three-strikes provision in 28 U.S.C. § 1915(g) from proceeding as a pauper. (ECF No. 4.) In the same order, the court directed the plaintiff to remit the full $350.00 civil filing fee within thirty days from the date of entry of that order on the docket. The court advised the plaintiff that he could request an extension of time within which to submit the filing fee if such request was made within thirty days of the court's order. The court also warned the plaintiff that failure to submit the filing fee or request an extension of time for doing so would result in dismissal of this action. More than thirty days have passed since entry of the June 21 order. In the interim, the plaintiff submitted a number of other motions, including a motion to waive the fee altogether (which the court denied) but he has neither requested an extension of time to pay the civil filing fee nor submitted the fee.

Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the orders of the court and for failure to prosecute. Fed. R. Civ. P. 41(b); *Knoll v. Am. Tel. & Tel. Co.*, 176 F.3d 359, 362–633 (6th Cir. 1999). Because an appeal would **NOT** be taken in good faith, the plaintiff is **NOT** certified to appeal the judgment of the Court *in forma pauperis*.

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge